UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **PAULA CHILDRESS** | * |
| | *    **CIVIL ACTION NO.: 1:21-cv-1957** |
| **VERSUS** | * |
| | *    **JUDGE:** |
| **EMPLOYERS MUTUAL CASUALTY** | * |
| **COMPANY, ROY NEWELL AND** | *    **MAGISTRATE:** |
| **SOUTHEASTERN INDUSTRIAL** | * |
| **CONTRACTORS, LLC** | * |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### NOTICE OF REMOVAL

TO:    The Honorable Judges of the
        United States District Court for the
        Western District of Louisiana

**NOW INTO COURT**, through undersigned counsel, come defendants, Employers Mutual Casualty Company, Roy Newell, and Southeastern Industrial Contractors, LLC ("Defendants"), who hereby file this Notice of Removal of the above captioned civil action pursuant to 28 U.S.C. § 1441 and 28 U.S.C. § 1446, and hereby removes this matter to the United States District Court for the Western District of Louisiana based on diversity jurisdiction, 28 U.S.C. § 1332 and avers as follows:

**I.**

Plaintiff, Paula Childress, a person of the age of majority and domiciled in the Parish of Avoyelles, State of Louisiana who, according to her Petition, suffered injuries and damages on or about July 24, 2020 as a result of a motor vehicle accident on Interstate 12 in St. Tammany Parish, Louisiana.[1]

**II.**

On May 26, 2021, plaintiff filed suit against Defendants in the 12th Judicial District Court for the Parish of Avoyelles, State of Louisiana alleging injuries and damages as a result of the subject motor vehicle accident.[2] The Civil Action Number is 2021-00008967, Division B, and is entitled "*Paula Childress versus Employers Mutual Casualty Company, Roy Newell, and Southeastern Industrial Contractors, LLC.*"

---

[1] See Petition for Damages, attached hereto as Exhibit 1.
[2] See Petition for Damages, attached hereto as Exhibit 1.

## BASIS FOR REMOVAL

### III.

Defendant, Employers Mutual Casualty Company, was served with the Petition for Damages on June 8, 2021. Removal is proper because there is complete diversity between the parties, and the amount in controversy exceeds $75,000, excluding interest and costs.

## COMPLETE DIVERSITY BETWEEN THE PARTIES

### IV.

Removal is proper because there is complete diversity between the parties.

1. Plaintiff, Paula Childress, is a citizen of Louisiana;[3]

2. Defendant Employers Mutual Casualty Company is incorporated in the State of Iowa, and has its principal place of business in the State of Iowa. Thus, Employers Mutual Casualty Company is a citizen of the State of Iowa.

3. Defendant, Roy Newell, is a natural person domiciled in, and thus a citizen of, the State of Alabama.

4. Defendant, Southeastern Industrial Contractors, LLC, is a limited liability company registered in the State of Alabama, and all of its members are domiciled in, and thus citizens of, the State of Alabama. Therefore, Southeastern Industrial Contractors, LLC is a citizen of the State of Alabama.

## AMOUNT IN CONTROVERSY

### V.

Additionally, removal is proper because the amount in controversy exceeds $75,000, exclusive of interest and costs. 28 U.S.C. §1332(a).

### VI.

Defendant must establish by a preponderance of the evidence that the amount in controversy exceeds $75,000, exclusive of interest and costs; however, a defendant is not required "to prove to a legal certainty" that the plaintiff will recover more than the jurisdictional amount.

### VII.

Plaintiff has alleged damages for "injuries to her mind and body, including her head, back, spine, as well as general body abrasions and contusions…pain and suffering (past, present and future), medical expenses (past, present and future), mental anguish, humiliation and aggravation (past, present and future), loss of enjoyment of life (past, present and future), scarring and

---

[3] See Petition for Damages, attached hereto as Exhibit 1.

disfigurement, and permanent disability," which exceeds the $75,000 threshold established under 28 U.S.C. §§ 1332 (a).[4]

### VIII.

Once the defendant has met its burden of proving that the claim, more likely than not, exceeds $75,000.00, plaintiff can only defeat removal by proving "to a legal certainty" that the claim will not exceed $75,000.

### IX.

On June 29, 2021, counsel for Defendants sent a letter to plaintiff's counsel requesting that plaintiff sign an attached Stipulation that no such damages at issue, exclusive of costs and interest are in excess of $75,000 and that plaintiff will not execute any such judgment in excess of $75,000.[5] Counsel indicated that if plaintiff did not sign the stipulation and return it to undersigned counsel by July 5, 2021, counsel would remove the case to Federal Court. To date, plaintiff's counsel has refused to sign and return the proposed stipulation.

### X.

All defendants who have been properly served consent to the removal of this case to federal court.

### XI.

The above captioned civil action is therefore removable to this United States District Court pursuant to 28 U.S.C. § 1441(a) and 28 U.S.C. § 1446.

### XII.

Copies of all pleadings, process, orders, and other filings in the state court suit are attached to this notice as required by 28 U.S.C. §1446(a).

### XIII.

Venue is proper in this district under 28 U.S.C. §1441(a) because the state court where the suit has been pending is located in this district.

### XIV.

This action is removable under and by virtue of the acts of Congress of the United States and the defendant desires to remove it to this Court.

---

[4] See Petition for Damages attached hereto as Exhibit 1. See also, *Williams v. Stewart*, 2010-0457, 46 So.3d 266 (La. App. 4 Cir. 9/22/10); *Cronin v. Dept. of Public Safety and Corrections*, 2009-0256, 19 So.3d 45 (La. App. 4 Cir. 8/26/09); *Schiro v. Dept. of Transp. & Development*, 99-2754, 808 So.2d 500 (La. App. 4 Cir. 3/21/01).
[5] See letter dated June 29, 2021 with the attached Stipulation, attached hereto in globo as Exhibit 2.

Accordingly, Defendants respectfully request that the above-captioned action be removed to this Court, the United States District Court for the Western District of Louisiana, in accordance with the provisions of 28 U.S.C. § 1441, *et seq*.

| **CERTIFICATE OF SERVICE** | Respectfully Submitted: |
|---|---|
| I do hereby certify that I have on this the 7 July 2021, served a copy of the foregoing pleading on counsel for all parties to this proceeding by electronic filing, e-mailing, faxing, or mailing same by United States mail, properly addressed and first class postage prepaid.<br><br>      */s/ Sean P. Mount* | **DEUTSCH KERRIGAN, LLP**<br><br>BY:   */s/ Sean P. Mount*<br>**SEAN P. MOUNT, #27584**<br>**BRYCE M. ADDISON, #36345**<br>**TALBOT M. QUINN, #36632**<br>755 Magazine Street<br>New Orleans, LA 70130<br>Telephone: 504-581-5141<br>Attorneys for defendants, Employers Mutual Casualty Company, Roy Newell and Southeastern Industrial Contractors, LLC |